PD-0298-15

RECEIVED IN
COURT OF CRIMINAL APPEALS

MAR 18 2015

Abel Acosta, Clerk

NO. PD-_____

IN THE
**COURT OF CRIMINAL APPEALS
OF TEXAS**

RECEIVED
Court of Appeals

MAR 1 2 2015

Lisa Matz
Clerk, 5th District

| | | |
|---|---|---|
| **RICHARD CRUZ** | ) | **APPELLANT** |
| **v.** | ) | |
| **THE STATE OF TEXAS** | ) | **APPELLEE** |

## MOTION TO EXTEND TIME TO
## FILE PETITION FOR DISCRETIONARY REVIEW

**TO THE HONORABLE JUDGES OF SAID COURT:**

Now comes Richard Cruz, Appellant in the above styled and numbered cause, and pursuant to Texas Rules of Appellate Procedure 68.2(c), moves for an extension of time of 30 days to file a petition for discretionary review, and for good cause shows the following:

1. Following remand from this Court, the Fifth District Court of Appeals on February 9, 2015, affirmed appellant's conviction in its opinion and judgment in *Richard Cruz v. The State of Texas*, Case No. 05-14-00144-CR, (Tex.App.—Dallas, decided February 9, 2015); no motion for rehearing was filed and the petition for discretionary review is therefore due on March 11, 2015.

2. Appellant requests an additional thirty (30) days from the deadline stated above and Appellant asks this Court to order the petition to be due on or before April 10, 2015 for his Petition for Discretionary Review.

3. No previous extensions have been requested.

4. The facts relied upon to reasonably explain the need for an extension of time are as follows: Appellant is considering to file a petition for discretionary review (PDR). Appellant is currently seeking legal counsel and may not have sufficient time to prepare the PDR.

FILED IN
COURT OF CRIMINAL APPEALS

MAR 20 2015

Abel Acosta, Clerk

---

**MOTION TO EXTEND TIME TO FILE PETITION FOR DISCRETIONARY REVIEW, Page 1**

WHEREFORE, PREMISES CONSIDERED, Appellant respectfully requests an extension of 30 days, i.e. until April 10, 2015, to file a petition for discretionary review.

Respectfully submitted,

By: *Richard Cruz*

Richard Cruz
3534 Bolivar Dr.
Dallas, Texas 75220
Telephone: (214) 754-9482

APPELLANT

## CERTIFICATE OF SERVICE

This is to certify that on March 9, 2015, a true and correct copy of the above and foregoing document was served upon the State of Texas by U.S. Mail addressed to the Hon. Susan Hawk, Criminal District Attorney, Attn: Appellant Counsel, 133 N. Riverfront Blvd., Dallas, Texas 75207.

*Richard Cruz*

Richard Cruz